FILED
CLERK, U.S. DISTRICT COURT

DEC - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>                Plaintiff,<br>v.<br><br>NEIL M<sup>c</sup>DOWELL, *et al.*,<br><br>                Defendants. | No. EDCV 17-887 SVW (FFM)<br><br>ORDER OF DISMISSAL |

On May 8, 2017, the Court received from plaintiff a Complaint without payment of the filing fee. (Docket No. 1.) Plaintiff was denied leave to proceed *in forma pauperis* and, on July 6, 2017, was granted 30 days' leave to submit the full filing fee. (Docket Nos. 7, 10.) Plaintiff was advised that failure to submit the full filing fee would result in the dismissal of this action. (Docket No. 10.) Plaintiff requested and was granted several extensions of the deadline. (Docket Nos. 18, 29, 36.) The final deadline was November 3, 2017. (Docket No. 36.) That date has passed, and plaintiff has not submitted the full filing fee. **Accordingly, this action is hereby ORDERED DISMISSED. No further fillings shall be accepted under this case number.**

DATED: 12/7/17

STEPHEN V. WILSON
United States District Judge